430 A.2d 1156

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Helen WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 17, 1980.

Decided July 2, 1981.

Harry Siegel, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Lee M. Kaplan, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### ORDER

PER CURIAM.

The judgment of sentence is affirmed.